AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
E-filing
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ DEANDRI MARQUI BILLY MILLARD

DISTRICT COURT NUMBER
**CR08-353 DLJ**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction  } ☐ Federal  ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

UNITED STATES v. DEANDRI MARQUIS BILLY MILLARD

<u>COUNT ONE</u>
Distribution of Crack Cocaine
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES OF AMERICA,

V.

DEANDRI MARQUIS BILLY MILLARD,
a/k/a Deandri Marquise Millard,
a/k/a Deandre Marquis Millard,
a/k/a Deandre Marques Millard,
a/k/a "Spoon,"

**CR08-353  DLJ**

DEFENDANT.

## INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) - Distribution of
Crack Cocaine;

A true bill.

_____ Foreman

Filed in open court this 28TH day of
MAY 2008

_____ Clerk

Bail, $ No bail, arrest warrant.
5/28/08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
MAY 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-353 DLJ |
| Plaintiff, | VIOLATION: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine |
| v. | |
| DEANDRI MARQUIS BILLY MILLARD, a/k/a Deandri Marquise Millard, a/k/a Deandre Marquis Millard, a/k/a Deandre Marques Millard, a/k/a "Spoon," | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:      (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine)

On or about March 25, 2008, in the Northern District of California, defendant

DEANDRI MARQUIS BILLY MILLARD,
a/k/a Deandri Marquise Millard,
a/k/a Deandre Marquis Millard,
a/k/a Deandre Marques Millard,
a/k/a "Spoon,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 57.8 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections

INDICTMENT

1

1 | 841(a)(1), (b)(1)(A)(iii).
2 | DATED:
3 | 5-28-08
4 |
 | A TRUE BILL
 | FOREPERSON
5 | JOSEPH P. RUSSONIELLO
 | United States Attorney
6 |
7 |
8 | W. DOUGLAS SPRAGUE
 | Chief, Oakland Branch
9 |
10 | (Approved as to form: _____
 | AUSA GARTH HIRE
11 |
12 |

INDICTMENT

2