UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

v.                                                                            **No.** CR-08-00353-DLJ

**Defendant:** Deandri Marquis Billy Millard [present; in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Michael Thorman

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SETTING/STAT                          -HELD

**Notes:**

**Case Continued to**   7/11/08 AT 9:00AM    for STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                    for Pretrial Conference

**Case Continued to**          for              Trial

**Excludable Delay: Category: Begins:**  6/20/08     **Ends:** 7/11/08