1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | GARTH HIRE (CABN 187330)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3929

7 | Facsimile: (510) 637-3724
E-Mail: Garth.Hire@usdoj.gov

8

Attorneys for the United States

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-00353 DLJ |
|---|---|
| Plaintiff, | ) UNITED STATES' INFORMATION FOR INCREASED PUNISHMENT BY REASON OF PRIOR FELONY DRUG CONVICTION UNDER 21 U.S.C. § 851 |
| v. | |
| DEANDRI MARQUIS BILLY MILLARD, | |
| Defendant. | |

### INFORMATION

Pursuant to the provisions of 21 U.S.C. § 851, the United States Attorney files this Information alleging that:

1. The defendant, Deandri Marquis Billy Millard, was convicted on or about May 3, 2007, in the Superior Court of California, County of Contra Costa, Case Number 02-287927-8, of a felony violation of Section 11350(b) of the California Health and Safety Code, specifically, possession of methaqualone. Attached as Exhibit 1 are court documents establishing this conviction.

1

2. Because of this prior felony drug conviction, the defendant is subject to increased punishment pursuant to the provisions of 21 U.S.C. §§ 841(b)(1)(A) and 851 if he is convicted of the violation of 21 U.S.C. § 841(a)(1), distribution of cocaine base in the form of crack cocaine, as charged in Count One of the Indictment filed on May 28, 2008, namely, a mandatory minimum 20-year term of imprisonment; a fine not to exceed $8,000,000; and a mandatory minimum 10-year term of supervised release.

3. The United States Attorney hereby gives notice to the defendant and his counsel that if the defendant is convicted of Count One of the Indictment, the United States intends to rely on his prior felony drug conviction in seeking enhanced punishment at the time of sentencing pursuant to the provisions referenced herein.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 7/24/08

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____
AUSA GARTH HIRE

# EXHIBIT 1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
RICHMOND

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>VS.<br><br>DEANDRI MARQUISE MILLARD,<br>         DEFENDANT./ | NO. 287927-8<br>DA NO. R 05 008451-7<br>COMPLAINT - FELONY<br><br>01) H&S 11351.5<br>02) H&S 11352(a)<br>03) H&S 11379(a)<br>04) CVC 14601.1  M<br>5) 11350(b) F<br>6) 11350(b) F |

The undersigned states, on information and belief, that
DEANDRI MARQUISE MILLARD, Defendant, did commit a felony, a violation
of HEALTH AND SAFETY CODE SECTION 11351.5 (POSSESSING COCAINE BASE
FOR SALE), committed as follows:

On or about July 23, 2005, at El Cerrito, in Contra Costa County, the
Defendant, DEANDRI MARQUISE MILLARD, did unlawfully possess for sale
and purchase for purposes of sale Cocaine Base, a controlled
substance.

COUNT TWO:

The undersigned further states, on information and belief, that
DEANDRI MARQUISE MILLARD, Defendant, did commit a felony, a violation
of HEALTH AND SAFETY CODE SECTION 11352(a) (SELLING/TRANSPORTING
CONTROLLED SUBSTANCE), committed as follows:

On or about July 23, 2005, at El Cerrito, in Contra Costa County, the
Defendant, DEANDRI MARQUISE MILLARD, did unlawfully transport, import
into the State of California, sell, furnish, administer, and give
away, and did unlawfully offer and attempt to transport, import,
sell, furnish, administer, and give away Cocaine Base, a controlled
substance.

THE FOREGOING INSTRUMENT IS A
CORRECT COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
ATTEST: MAY 2? 2008

PEOPLE V. DEANDRI MARQUISE MILLARD  NO. 287927-8
PAGE  2  DA NO. R 05 008451-7

---

COUNT THREE:

The undersigned further states, on information and belief, that DEANDRI MARQUISE MILLARD, Defendant, did commit a felony, a violation of HEALTH AND SAFETY CODE SECTION 11379(a) (SELLING/DISTRIBUTING/TRANSPORTING CONTROLLED SUBSTANCE), committed as follows:

On or about July 23, 2005, at El Cerrito, in Contra Costa County, the Defendant, DEANDRI MARQUISE MILLARD, did unlawfully transport, import into the State of California, sell, furnish, administer, and give away Methamphetamine, a controlled substance, and did unlawfully offer and attempt to transport, import into the State of California, sell, furnish, administer, and give away Methamphetamine.

COUNT FOUR:

The undersigned further states, on information and belief, that DEANDRI MARQUISE MILLARD, Defendant, did commit a misdemeanor, a violation of VEHICLE CODE SECTION 14601.1 (SUSPENDED OR REVOKED LICENSE), committed as follows:

On or about July 23, 2005, at El Cerrito, in Contra Costa County, the Defendant, DEANDRI MARQUISE MILLARD, did unlawfully drive a motor vehicle when His driving privilege was suspended or revoked for a reason other than those listed in section 14601(1) and 14601.2 of the Vehicle Code and with knowledge of such suspension and revocation.

FILED
JUL 25 2005
K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA, RICHMOND
By _____ Deputy Clerk

COMPLAINANT REQUESTS THAT DEFENDANT(S) BE DEALT WITH ACCORDING TO LAW. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
DATED: July 25, 2005          AT RICHMOND, CALIFORNIA

_____              _____
                                       OFFICER P. KEITH   FOR
                                       COMPLAINANT
STACEY GRASSINI/pl
DEPUTY DISTRICT ATTORNEY               EL CERRITO POLICE DEPARTMENT

MILLARD-0050

**NOTICE, SENTENCE, COMMITMENT FORM** — **CLERK'S DOCKET AND MINUTES**

PA RATE-H

DEFENDANT: MILLARD, DEANDRI MARQUISE   DEPT. 027   DATE 10/20/2005   TIME 1:30 PM
ADDRESS: 142 CHINQUPIN COURT   HERCULES   CA   94567   DOB 03/23/196_
ROC: SET FEL   PROB   BOND $30,000   DEFENSE ATTORNEY PD-ZAMBRAN   TIME WAIVED
CUSTODIAL STATUS
CHARGES: 01 F H&S 11351.5   02 F H&S 11352(a)   03 F H&S 11379(a)
04 M CVC 14601.1

PROCEEDINGS
JUDGE: PETER A. BERGER / H. Sugiyama   COURT REPORTER: L. Contestable   DEPUTY CLERK: R. Spears
ASSIGN. TO DEPT. 27   JUDGE: PETER A BERGER   COURT REPORTER L. Contestable #223   DEPUTY CLERK R. Spears

APPLICABLE ENTRIES MARKED

**APPEARANCE:**
- [ ] Deft. proceeds in PRO PER
- [x] Deft. appears [x] In custody [ ] Deft. not appearing
- [x] With/by Atty./Pub. Def./ADO Zambrano
- [x] Deputy Dist. Atty. Davis
- [ ] Court Probation Off.
- [ ] Interp. ___ sworn/oath on file
- [ ] Cert. [ ] Non-Cert. [ ] Qualified per Rule 984.2
- [ ] Order ___ Int. [ ] Int. Coord. notified

**ARRAIGNMENT:**
- [ ] Answers true name as charged
- [ ] Waives Arr./reading of Complaint
- [ ] Handed copy of Complaint/Discovery
- [x] Deft. duly arr. [ ] Video [ ] on Prob. Vio.
- [ ] Deft. waives arr. on amended complaint

**WARRANT / BAIL ORDERS:**
- [ ] Bench/Arrest Warrant to issue   Bail Set at $ ___
- [ ] Recalled [ ] Set Aside [ ] Remain Out
- [ ] No PTA Release [ ] No Vol. App.
- [ ] Hold until ___
- [ ] Bail forfeit & continued 190 days [x] Bail Exon
- [ ] Bail forfeiture set aside & reinstated upon payment of fee $ ___

**REFERRALS:**
- [ ] Referred To: PUBLIC DEFENDER
- [ ] Referred To: PROB. Bail Study/PPR
- [ ] Referred per [ ] 288.1 PC [ ] 1368 PC
- [ ] Adult Pre-Trial/PC 1000 Diversion eligibility
- [ ] Pub. Def. Conflict Filed; Appointed ADO
- [ ] Report to ___ for booking
- [ ] 977 waiver filed [ ] 170.6 PC filed/oral
- [ ] In re law notice given

**WAIVER/PLEAS:**
- [x] Written Plea filed [ ] Pleads Guilty, Ct.# ___
- [x] Pleads No Contest, Found Guilty, Ct.# 5, 6
- [ ] Pleads Not Guilty, Ct.# ___
- [ ] Jury Trial Waived/Demanded
- [ ] Time for Trial/Sent. Waived/Not Waived
- [ ] Time for PX 10/60 Days Waived/Not Waived
- [ ] Admit/Denies ___ Priors/Refusal/Enhance

**CONTINUANCES:**
- [ ] Vacate date of ___
- [x] Def. must/need not appear

**MOTIONS/ORDERS:**
- [ ] Peo/Def. Motion to/for/cont. ___
- [ ] Submitted with argument [ ] without argument
- [ ] Granted [ ] Denied [ ] Submitted [ ] No Action Taken
- [ ] Grounds: ___
- [ ] D.A. Motion to file amended complaint
- [x] Complaint amended on its face to add Ct.# 5, 6 a violation of section HS 11350(b) Fel
- [ ] Pursuant to 23103.5 CVC   HS 11350(b) Fel
- [ ] Strike the words felony and feloniously. Substitute the word misdemeanor wherever it appears in Complaint.
- [x] Per Court/DA dismiss, Complaint/Ct.# 1, 2, 3, 4
- [ ] Criminal Protective Order issued and served

**PROBATION:**
- [ ] Court Probation granted for ___ mo/yr
- [x] Adult Pre-Trial PC 1000 Diversion granted
- [ ] Probation/Diversion/Reinstated/Modified/Extended to ___   Original terms in full force and effect except as ordered.
- [ ] Deft. given/waived rights to Revoc. Hg; Admits/Denies allegations
- [ ] Prob. Revoked; [ ] Def. found in violation of probation
- [ ] Probation/Diversion: Terminated: Successfully/Unsuccessfully/Denied
- [ ] Pay Prob. Vio. fine of $ ___ [ ] Upon payment of fine/completion of jail sentence
- [ ] Criminal Proceedings Reinstated/Dismissed

**FINES/ORDERS:**
- [ ] Pay a fine of $ ___ [ ] Rest. Fine of ___
- [ ] Pay $10 cite fee/$25 Booking Fee/ $ ___ CJA Fee
- [ ] Pay balance of fine/ [ ] In lieu of fine [ ] Susp. $ ___ after fine.
- [ ] Make monthly payments to CCU P.O. Box 2528 Martinez, CA 94553
- [ ] Phone (925) 646-1951 by ___
- [ ] ___ hours Volunteer work by ___ Fee $ ___
- [ ] Re-refer/reinstate to Level I/Level IV/PCDDP
- [ ] Referred to ORC for Attorney Fee Costs of $ ___
- [ ] License Suspended/Revoked ___ months/years
- [ ] DL310/DL309 Served [ ] Advised 14607.6 CVC
- [ ] Pay fine/comply or appear on ___ at ___

**COMMITMENT:**
- [ ] Be imprisoned ___ days/months/years
- [ ] ___ days/months/years credit
- [ ] ___ days/months/years suspended
- [ ] Sentence to commence ___
- [ ] Serve consecutive/concurrent
- [ ] with ___ with any sentence
- [ ] Main Jail [ ] Electronic Home Detention
- [ ] WAP Contact CAB Immediately / within 15 days.
- [ ] Day for day credit for time served in approved residential program. Proof by ___

**CONDITIONS:**
- [ ] Obey all laws.
- [ ] Do not use any alcohol. Do not go to places where alcoholic beverages are the chief item of sale.
- [ ] Attend ___ AA/NA meetings per week and present proof at each court appearance.
- [ ] Submit to search and testing
- [ ] Destroy [ ] Return weapon
- [ ] Stay away from ___

- [ ] REMANDED to County Jail:   [ ] Ordered released [ ] On OR [ ] Promise to Appear   [ ] Def. to be allowed ___ phone calls
   Bail Set in the amt. of $ ___ [ ] Court Courtesy [ ] State Prison Commitment [ ] Committed to custody until sentence is satisfied in full

TO THE SHERIFF: COMMITMENT: I hereby certify that this is a true copy of the Entry of Judgment or Order and is your authority for the execution thereof.
- [ ] See other minute pages for additional proceedings.

DATED: ___   (JUDGE OF THE SUPERIOR COURT) John H. Sugiyama

CRIM. MINUTES (4/01)
CR-3005



THE FOREGOING INSTRUMENT IS A
CORRECT COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE

ATTEST  MAY 1 5 2008

K. TORRE CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA

By _____, Deputy Clerk

Superior Court of California, County of Contra Costa
# FELONY ORDER OF PROBATION

DEFENDANT: Millard, DeAndre Marquis  ☐ CONCORD ☐ MARTINEZ ☐ PITTSBURG ☒ RICHMOND ☐ WALNUT CREEK

DOCKET NO. 2-293058   DEPT: 12

The above named defendant having been convicted in this court of the offense(s) of violation of: CVC 2800.2(c), H&S 11350(b), M&VB 3000(b), CO??? 500 M&B H&S 11350(a)

IT IS ORDERED THAT: ☒ imposition ☐ execution of sentence be suspended during period of probation with the following terms and conditions:

TERMS OF PROBATION: (Applicable Items Checked): ☒

1. ☐ STATE PRISON - EXECUTION SUSPENDED - Fixed Term of: _____ yrs/months California Department of Corrections.
   ☐ FORMAL PROBATION GRANTED: Conditional and revocable release in community with Probation supervision except as specified by the Court.
   ☒ COURT PROBATION GRANTED: Conditional and revocable release in community without Probation supervision except as specified by the court.
   For a period of __2__ months/yrs from the date of this order.
   ☒ STANDARD TERMS (see reverse for standard terms and additional instructions)
2. ☐ REVIEW DATE: _____
   ☐ Defendant must appear in Court.
   ☐ Defendant need not appear unless directed by DPO.

JAIL/FINE/VOLUNTEER WORK/ RESTITUTION

3. ☒ Be IMPRISONED __365__ hrs / days / months
   ☒ __10__ hrs / days / months credit.
   ☐ _____ hrs / days / months suspended.
   ☒ Sentence to commence __6/8/07 5:00 pm__
   ☒ Serve consecutive / concurrent with __WCC365700__
   ☐ any imposed sentence.
   ☐ Other _____
   ☒ Main Jail ☐ Work Alternative Program
   ☐ Electronic Home Detention ☐ in _____ County allowed.
   ☐ Contact Custody Alternative Bureau (CAB) within 15 days
   ☐ Remain in custody in the Contra Costa County Jail pending possible release by the Probation Officer to a residential treatment program and balance of remaining jail sentence be suspended.
   ☐ Day for day ☐ No credit for time served in approved residential program unless successfully completed.
   ☒ OTHER: $20.00 S.F. per count

4. ☐ Pay a FINE of $ _____
   ☒ Suspend payment of $ __200.00 (Revocation)__
   ☒ Pay RESTITUTION FINE of $ __200.00__
   ☒ Make monthly installments to Court Collections & Compliance Unit. Complete payments by __2 years upon release from custody__
   ☐ Pay to Clerk of Court by _____
   ☐ Probation to terminate upon payment of fine/completion of jail sent.
   ☐ _____ days jail concurrent / consecutive in lieu of fine.
   ☐ OTHER: _____

5. ☐ Perform _____ hrs VOLUNTEER COMMUNITY SERVICE
   ☐ In lieu of fine ☐ OTHER: _____
   ☐ Show proof of completion to Court or DPO by _____

6. ☐ Make RESTITUTION of $ _____ to _____
   ☐ Make RESTITUTION as determined by the Probation Officer.
     ☐ Show proof of restitution to Court or DPO by _____
     ☐ Honor any civil judgments as a result of this conviction.
     ☐ OTHER: _____

7. ☒ Submit your person, place of residence, storage locker or any vehicle under your control to search and seizure at any time of day or night, with or without warrant, to any peace officer.
     ☐ for alcoholic beverages ☒ Drugs

8. ☒ Not use or possess any dangerous drugs, narcotics, or narcotic paraphernalia without prescription.

9. ☐ Not have checking or charge accounts, or possess, control or have custody of checks/credit cards except checks payable to you.
10. ☐ Do not own or possess or control any firearm or weapon.
11. ☐ Weapon ordered ☐ confiscated ☐ destroyed ☐ returned to _____
12. ☐ Do not annoy/harass/threaten/contact _____
13. ☐ Contact Probation Officer within 5 (five) days.
14. ☐ Cost of Probation $ _____
15. ☐ Abstain from the use of alcoholic beverages.
16. ☒ Submit to drug/alcohol detection tests as directed by DPO or any peace officer and pay costs not to exceed ☐ $10.00 ☐ _____
17. ☐ Not go places where alcoholic beverages are the chief item of sale.
18. ☐ Pay a laboratory analysis fee (H&S 11372.5) of $ _____ and a drug education fee (H&S 11372.7) of $ _____.
19. ☐ Not associate with _____ or with any individuals designated in writing by the Probation Officer.

PROGRAM TERMS
20. ☐ Register per ☐ H&S 11590 ☐ PC 457.1 ☐ PC 290
21. ☐ Submit to all tests and pay all fees as directed by DPO.
22a. ☐ Report to Post Conviction Drinking Driver's Program within 10 days and comply with its rules and fee requirements.
22b. ☐ Attend Domestic Violence Progam.
23. ☐ Participate in counseling as directed by the Probation Officer and not leave or terminate program without permission.
24. ☐ OTHER: _____

DRIVING TERMS
25. ☐ Driving privilege restricted for _____ to / during / from: ☐ Employment, treatment program ☐ School
26. ☐ Driving privilege suspended / revoked for _____
27. ☐ Not drive a motor vehicle unless properly licensed and insured.
28. ☐ Not drive vehicle with any measurable alcohol in blood.
29. ☐ If arrested for a violation of 23152 or 23153 CVC, not refuse a chemical test for the detection of alcohol.

ADDITIONAL TERMS: Submit DNA pursuant to PC 296

Although not a condition of Probation, you are ordered to pay the following fees: ☐ $25 Booking ☐ $10 Cite ☐ CJA $ _____
☐ Other fees $ _____ ☐ Cost of Probation $ _____ month
☐ Court security fee $ _____

I HAVE READ AND RECEIVED A COPY OF THESE CONDITIONS OF PROBATION AND I UNDERSTAND AND AGREE TO PERFORM THEM AND UNDERSTAND THAT IF I FAIL TO DO SO, MY PROBATION MAY BE REVOKED AND I MAY BE SENTENCED TO JAIL OR SENTENCED AS OTHERWISE PROVIDED BY LAW.

DEFENDANT'S SIGNATURE: _DeAndre Millard_

SOC. SEC. # [redacted]   DOB [redacted]
ADDRESS [redacted]
CITY [redacted]   ST [redacted]   ZIP [redacted]
HOME PH. [redacted]   MSG. PH. [redacted]

COMMITMENT: TO THE SHERIFF; I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ENTRY OF JUDGMENT OR ORDER AND IS YOUR AUTHORITY FOR THE EXECUTION THEREOF.

_____ JUDGE   5/3/07 DATED
5/3/07

SCR-210/Rev. 12-20-06

MILLARD-0053



THE FOREGOING INSTRUMENT IS A
CORRECT COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE

ATTEST  MAY 1 5 2008

K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA

By _____, Deputy Clerk