UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   July 25, 2008

**Clerk: Frances Stone**
**Court Reporter: MARGO GURULE**

**Plaintiff:**  United States

**v.**                                                                   **No.** CR-08-00353-DLJ

**Defendant:** Deandri Marquis Billy Millard [in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Michael Thorman

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to   8/29/08 AT 9:00AM   for  Status or Defendant's  Motion**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                           for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:   7/25/08      Ends: 8/29/08**