**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  8/29/08**

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                                          **No.** CR-08-00353-DLJ

**Defendant:** Deandri Marquis Billy Millard [present; in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Michael Thorman

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
**STAT**                                     **-HELD**

**Notes:**

**Case Continued to  9/19/08 AT 9:00AM      for  STAT**

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                          **for Pretrial Conference**

**Case Continued to**        for              **Trial**

**Excludable Delay: Category: Begins:    8/29/08      Ends: 9/19/08**