BONJOUR, THORMAN, BARAY & BILLINGSLEY
Attorneys at Law
MICHAEL P. THORMAN CSB # 63008
24301 Southland Dr. Ste. 312
Hayward, CA 94545
Telephone: (510) 785-8400

Counsel for Defendant Deandre Marquis Billy Millard

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00353-001 DLJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND []** |
| vs. | ) | **ORDER REGARDING SENTENCE** |
| | ) | **REDUCTION UNDER U.S.S.G. §** |
| DEANDRE MARQUIS BILLY MILLARD, | ) | **1B1.10(b)(1) (AS AMENDED BY 750,** |
| | ) | **PARTS A & C)** |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The defendant is making an unopposed motion for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level:   27

   Criminal History Category:   IV

   Guideline Range:   100-125 months

   Mandatory Minimum: 60 months

3. Defendant was sentenced to 120 months imprisonment on January 23, 2009.

Stipulation Reduction Sentence            1

4. According to the Bureau of Prisons, defendant's current projected release date is April 4, 2017..

5. Effective November, 1, 2011, defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 750, Parts A and C, of the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

   Total Offense Level:   25

   Criminal History Category:   IV

   Guideline Range: 84-105 months

7. The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing defendant's sentence to 101 months.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 750, Parts A and C, of the Sentencing Commission Guidelines Manual.  The parties agree that a proposed amended judgment will be submitted to the Court by the probation office, along with the Sentencing Reduction Investigation Report.

Stipulation Reduction Sentence                                2

1  IT IS SO STIPULATED:

2                                                              /s/

3  Date:   March 6, 2012   _____
4                                          MICHAEL P. THORMAN
                                            Attorney for defendant

5                                                              /s/

6  Date:   March 6, 2012   _____
7                                          BRIAN J. STRETCH
                                            Assistant United States Attorney

8
                                    [] ORDER
9

10      Upon consideration of the stipulation submitted by the parties, it is hereby ORDERED

11  that the defendant's sentence is reduced to 101 months; and it is further ORDERED that all

12  original conditions of supervision, fines, restitution, and special assessment remain as previously

13  imposed.

14
15  Date:   Î⌐J⌐G                     _____
                                          D. LOWELL JENSEN
16                                        United States District Judge

Stipulation Reduction Sentence                    3